JOHN F. PUTNAM, *Respondent*, v. MORRIS COHN, *Appellant.*—Judgment affirmed, with costs. Opinion by OSBORN, J.

LEWIS W. WILSON and others, *Executors, etc., Appellants*, v. HENRY R. REYNOLDS and others, *Respondents.* — Judgment reversed, new trial granted, costs to abide event. Opinion by RUMSEY, J LEARNED, P. J., concurred in result.

ALLEN SALSBURGH and WILLIAM SALSBURGH, *Appellants*, v. PETER HYNDS, *Respondent.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.; OSBORN, J., not acting.

OSCAR B. ARNOLD, *Respondent*, v. SARAH W. WOOD, *as Executrix, etc., and individually, Appellant.* — Judgment affirmed, with costs. Opinion by OSBORN, J.

HUGH CONNAUGHTY, *Appellant*, v. CORNELIUS NEWTON and others, *Respondents.* — Judgment affirmed, with costs. Opinion by OSBORN, J.

HAMILTON GROFF, *Respondent*, v. HENRY FLANDER, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

WILLIAM GLEASON, *Supervisor, etc., Respondent*, v. WILLIAM YOUMANS, *Appellant.* — Motion for leave to go to the Court of Appeals denied, with ten dollars costs.

SAMUEL LAW, *Respondent*, v. LUTHER McDONALD, *Appellant.* — Motion for leave to go to Court of Appeals or for reargument denied, with ten dollars costs.

LEWIS BROWNELL and others, *Appellants*, v. THE NATIONAL BANK OF GLOVERSVILLE and others, *Respondents.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by RUMSEY, J.

CATHARINE KANE, *Respondent*, v. ANSEL K. PRENTICE and CATHARINE PRENTICE, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements against appellants. Opinion by LEARNED, P. J.

DANIEL S. GARDNER, *Respondent*, v. EDWIN R. MEADE, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

OLIVE KNICKERBOCKER, *Respondent*, v. BUTLER VINCENT and others, *Appellants.* — So much of the judgment and order as gives costs personally against certain defendants reversed, otherwise judgment, including extra allowance, affirmed, without costs to either party.

CHARLES B. MILLER, *Appellant*, v. SAMUEL ROOT, *Respondent.* — Judgment affirmed, with ten dollars costs against appellant.

EDWARD HART, *Respondent*, v. LUTHER ROPER, *Appellant.* — Judgment affirmed, with costs.